## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

SHANNA CLAYTON
and
EILEEN SMITH,

        Plaintiffs,

v.                                  Case No. 08-2298-CM

VELOCITI, INC.
and
CENTRAL STATES THERMO
KING, INC.,

        Defendants.

### ORDER OF DISMISSAL WITH PREJUDICE

Pending before the Court in the above-entitled case is a Joint Motion to Dismiss for Order of Dismissal (Doc. 154). Accordingly, it is hereby

**ORDERED** that this action is dismissed with prejudice pursuant to the Stipulation of Settlement (Doc. 145), with the parties to bear their own costs.

**IT IS SO ORDERED** this 5th day of January, 2011 at Kansas City, Kansas.

                                                s/ Carlos Murguia
                                                **Carlos Murguia**
                                                **U.S. District Judge**